**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1838

_____

State of Minnesota, by Burlington    *
Northern Railroad Company, a    *
Delaware corporation; Burlington    *
Northern Railroad Company, a    *
Delaware corporation,    *
   *
        Appellees,    *    Appeal from the United
   *    States District Court for
     v.    *    the District of Minnesota.
   *
Big Stone-Grant Industrial    *    [UNPUBLISHED]
Development and Transportation,    *
L.L.C., a South Dakota limited    *
liability corporation,    *
   *
        Appellant.    *

_____

Submitted: November 20, 1997
Filed: December 5, 1997

_____

Before BOWMAN and MURPHY, Circuit Judges, and CONMY,[1] District Judge.

_____

PER CURIAM.

---

     [1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota, sitting by designation.

The District Court[2] entered summary judgment for Burlington Northern Railroad Company in its action seeking a declaration that the plans of Big Stone-Grant Industrial Development and Transportation, L.L.C. to construct a rail line connecting its industrial park with Burlington Northern's track near Ortonville, Minnesota would tortiously interfere with contracts between Burlington Northern and Twin Cities Western Railroad Company. Big Stone appeals.

Having reviewed the case, we conclude that the District Court's interpretation of the contractual provisions at issue was correct, that the court properly applied the governing Minnesota law with respect to tortious interference, and that the court thus did not err in finding that Burlington Northern should have judgment as a matter of law. Because no error of law appears and an opinion by this Court would add nothing of precedential value to the well-reasoned memorandum opinion and order of the District Court, we forego further discussion.

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Michael James Davis, United States District Judge for the District of Minnesota.